S. Frank Harrell, Esq. [State Bar #133437]
sharrell@lynberg.com
Alexandru D. Mihai, Esq. [State Bar #251770]
amihai@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
333 City Boulevard West, Suite 640
Orange, California 92868-5915
(714) 937-1010  Telephone
(714) 937-1003  Facsimile

Attorneys for Defendants COUNTY OF ORANGE, BRAD L. GATES, MICHAEL S. CARONA, HARALD BAELLA, VON MUSE, JOSEPH ANTHONY BULL, JEREMY BUFFONG, PEDRO PEREZ-ESTRADA, TIM HORNER, DEPUTY ARCHAMBAULT, JAYNE CRAMER, and CARMEN BLACKBURN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE PAYNE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF ORANGE, BRAD L. GATES, MICHAEL S. CARONA, HARALD BAELLA, VON MUSE, JOSEPH ANTHONY BULL, DEPUTY BUFFONG #6805, PEDRO PEREZ-EXTRADA, TIM HORNER, DEPUTY ARCHAMBAULT #2656, JAYNE CRAMER, CARMEN BLACKBURN, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants, | CASE NO. SACV 09-0193 AG (ANx)<br><br>Assigned for this matter to:<br>Honorable Arthur Nakazato<br><br>~~[PROPOSED]~~ **ORDER FOR PROTECTIVE ORDER (as modified by the Court)**<br><br>*Trial Date: February 15, 2011*<br><br>*Complaint filed: February 17, 2009* |

**1**

## **ORDER**

Pursuant to the Stipulation of the parties, and good cause appearing therefor, the Court now adopts the parties' Stipulation for Protective Order ("Stipulation") with the following modification to paragraph 8. After the first sentence, the following sentence is added: "Any sealed materials that are lodged with the Court must be accompanied by an application to seal that must be prepared in the manner required by Local Rule 79-5." As modified, the parties' Stipulation is granted and the Protective Order as modified is in effect.

**IT IS SO ORDERED.**

Date: July 13, 2010

_____
**HON. ARTHUR NAKAZATO**
United States Magistrate Judge