JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE PAYNE,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE, BRAD L. GATES, MICHAEL S. CARONA, HARALD BAELLA, VON MUSE, JOSEPH ANTHONY BULL, DEPUTY BUFFONG #6805, PEDRO PEREZ-EXTRADA, TIM HORNER, DEPUTY ARCHAMBAULT #2656, JAYNE CRAMER, CARMEN BLACKBURN, and DOES 1 through 10, inclusive,<br><br>Defendants, | CASE NO. SACV 09-0193 JST (ANx)<br><br>*Assigned for All Purposes to:*<br>*Honorable Josephine S. Tucker-*<br>*Courtroom 10A*<br><br>**JUDGMENT** |

On February 16, 2011, the Court granted summary judgment in favor of Defendants County of Orange, Brad Gates, Michael Carona, Harald Baella, Von Muse, Joseph Bull, Jeremy Buffong, Pedro Perez-Estrada, Tim Horner, Kevin Archambault, (collectively, the "Orange County Defendants"), and dismissed Plaintiff's Operative Complaint in its entirety.

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment

-1-
PROPOSED JUDGMENT

is entered in this action as follows:

    1.    Plaintiff Eldridge Payne ("Plaintiff") shall recover nothing by way of Plaintiff's Operative Complaint against the Orange County Defendants;

    2.    The Orange County Defendants shall have judgment in their favor on all of Plaintiff's causes of action; and

    3.    The Orange County Defendants shall recover from Plaintiff their costs of suit in accordance with applicable law; and that this matter be, and hereby is, dismissed as to Defendants County of Orange, Brad Gates, Michael Carona, Harald Baella, Von Muse, Joseph Bull, Jeremy Buffong, Pedro Perez-Estrada, Tim Horner, and Kevin Archambault, with prejudice.

**IT IS SO ORDERED.**

DATED: February 23, 2011

By: **HON. JOSEPHINE S. TUCKER**
United States District Judge